UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| RONALD ALAN CAIN | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| (Petitioner) | ) | CV 11-02343 WHA |
| -V- | ) | |
| | ) | ORDER PERMITTING FILING |
| SSI | ) | IN FORMA PAUPERIS AND |
| | ) | FOR ISSUANCE OF PROCESS |
| Defendant(s), | ) | |
| (Respondent) | ) | |

    IT IS ORDERED that the above entitled action be filed in forma pauperis and that the Clerk issue summons.

    IT IS FURTHER ORDERED that the U.S. Marshal, for the Northern District of California, serve, without prepayment of fees, a copy of the complaint, any amendments, attachments, scheduling orders, plaintiff's affidavit and this order upon the defendant.

DATED:   June 3, 2011.

                                          UNITED STATES DISTRICT JUDGE
                                          WILLIAM ALSUP

(NOT TO BE USED IN HABEAS CORPUS CASES)

NDC CSA-7  REV. 1/83