IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ALAN CAIN, | No. C 11-02343 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE WHY NO ANSWER HAS BEEN FILED** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the procedural order in this action, defendant "shall serve and file an answer, together with a certified copy of the transcript of the administrative record, within ninety days of receipt of service of the summons and complaint" (Dkt. No. 3). The summons was issued on June 7, 2011 (Dkt. No. 10). Counsel for defendant filed a notice of appearance on July 26, 2011 (Dkt. No. 11). No answer, however, has yet been filed. Defendant is hereby **ORDERED TO SHOW CAUSE** why no answer has been filed. A written response to this order must be filed by **OCTOBER 14, 2011**.

**IT IS SO ORDERED.**

Dated: October 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE