IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD ALAN CAIN,

    Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. C 11-02343 WHA

**ORDER TO SHOW CAUSE WHY NO MOTION FOR SUMMARY JUDGMENT OR FOR REMAND HAS BEEN FILED**

    Pursuant to the procedural order in this action, plaintiff "shall serve and file a motion for summary judgment or for remand within thirty days of service of defendant's answer" (Dkt. No. 3). Defendant filed an answer and mailed a copy to plaintiff on October 18, 2011 (Dkt. No. 14). No motion for summary judgment or for remand has been filed. Plaintiff is hereby **ORDERED TO SHOW CAUSE** why no motion for summary judgment or for remand has been filed. A written response to this order must be filed by **DECEMBER 20, 2011**.

    **IT IS SO ORDERED.**

Dated: November 29, 2011.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE