**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ALAN CAIN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 11-02343 WHA<br><br>**ORDER TO SHOW CAUSE WHY NO MOTION FOR SUMMARY JUDGMENT OR FOR REMAND HAS BEEN FILED** |

Pursuant to the procedural order in this action, plaintiff "shall serve and file a motion for summary judgment or for remand within thirty days of service of defendant's answer" (Dkt. No. 3). Defendant filed an answer and mailed a copy to plaintiff on October 18, 2011 (Dkt. No. 14). No motion for summary judgment or for remand has been filed. Plaintiff is hereby **ORDERED TO SHOW CAUSE** why no motion for summary judgment or for remand has been filed. A written response to this order must be filed by **DECEMBER 20, 2011**.

**IT IS SO ORDERED.**

Dated: November 29, 2011.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE