IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD ALAN CAIN,

    Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. C 11-02343 WHA

**ORDER GRANTING ADDITIONAL TIME TO FILE MOTION FOR SUMMARY JUDGMENT OR REMAND**

On November 29, 2011, pro se plaintiff was ordered to show cause why he had not filed a motion for summary judgment or for remand in this Social Security action (Dkt. No. 19). On December 15, 2011, plaintiff responded to the OSC by explaining that the delay was due to his efforts to retain counsel (Dkt. No. 21). Defendant also filed a response stating that there was a delay in serving the administrative transcript to plaintiff (Dkt. No. 22). In light of the responses, plaintiff's request for additional time to file his motion is **GRANTED**. Plaintiff shall serve and file a motion for summary judgment or for remand by **JANUARY 31, 2012**.

**IT IS SO ORDERED.**

Dated: January 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE