IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD ALAN CAIN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. C 11-02343 WHA

**ORDER TO SHOW CAUSE AND EXTENDING DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT**

Defendant recently filed a notice that two separate attempts to mail the administrative transcript to pro se plaintiff's address have failed (Dkt. No. 24). Both times, the administrative record was returned by the U.S. Postal Service as "unclaimed." Plaintiff shall show cause why he has not claimed the administrative transcript served to the address on file with the Court or, in the alternative, provide an appropriate address where the U.S. Postal Service can deliver mail, including packages, by **JANUARY 31, 2012.**

Without the administrative record, plaintiff may not be able to file a motion for summary judgment. Therefore, the deadline for filing a motion for summary judgment is extended until **MARCH 15, 2012**.

**IT IS SO ORDERED.**

Dated: January 18, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE