IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD ALAN CAIN,

    Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                       /

No. C 11-02343 WHA

**NOTICE RE MARCH 6 LETTER**

     In this social-security action, pro se plaintiff Ronald Cain files a third request to extend his deadline to file a motion for summary judgment because he is unable to find counsel. His prior requests were granted because there was trouble delivering the administrative transcript to him. Both parties shall notify the Court by **MARCH 30** whether the last attempt to deliver the administrative transcript was successful.

**IT IS SO ORDERED.**

Dated: March 14, 2012

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE