IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD ALAN CAIN,

    Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. C 11-02343 WHA

**ORDER REGARDING REQUEST FOR EXTENSION**

In this social security action, pro se plaintiff Ronald Cain has missed the deadline to file his motion for summary judgment. Plaintiff was previously granted an extension because there was trouble mailing the administrative record to him. Now, plaintiff acknowledges that he has received the administrative record.

Plaintiff shall file his motion for summary judgment by **NOON ON MAY 3**. Defendant shall file an opposition or counter-motion by June 7. Plaintiff may file a reply by June 21. No more extensions will be granted. Failure to file a motion for summary judgment by the deadline will result in dismissal for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 2, 2012.

                        WILLIAM ALSUP
                        UNITED STATES DISTRICT JUDGE